

# Fourth Court of Appeals
## San Antonio, Texas

March 7, 2019

No. 04-17-00815-CR

Issac **WILLIAMS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR8370B
Honorable Joey Contreras, Judge Presiding

# O R D E R

The State's motion for leave to file a post-submission supplemental brief is GRANTED. The State's brief was filed March 1, 2019.

It is so **ORDERED** on March 7, 2019.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court